IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHRISTOPHER LYNN FULKNIER
CHRISTINA MARIE FULKNIER
19595 GREIST RD
STOUTSVILLE, OH  43113-9160

Case No: 07-58449

Chapter 13

Judge: C KATHRYN PRESTON

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on March 02, 2011. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CHRISTOPHER LYNN FULKNIER
CHRISTINA MARIE FULKNIER
19595 GREIST RD
STOUTSVILLE, OH  43113-9160

Case No: 07-58449

Chapter 13

Judge: C KATHRYN PRESTON

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on October 22, 2007.
The plan was confirmed on January 03, 2008.
The Case was concluded on March 02, 2011.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:      7,496.52

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 8.40%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ABC 00008 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ADELPHIA 00009 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ADENA EMERGENCY PHYSICIANS 00010 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ADENA HEALTH SYSTEMS 00011 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ADENA REGIONAL MEDICAL CENTER 00012 NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| ADVANCED AMERICA 00013 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE 00028 NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE 00029 NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN ELECTRIC POWER 00014 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL 00074 UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL 00075 UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL SER 00005 SECURED-PMSI | 2,269.20 | 2,269.20 | 996.52 | 0.00 |
| APPLIED CARD SYSTEMS 00076 UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 07-58449   CHRISTOPHER LYNN FULKNIER and CHRISTINA MARIE FULKNIER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC 00065   UNSECURED | 33.99 | 33.99 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC 00066   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| AT&T 00020   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00097   PRIORITY | 406.38 | 406.38 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00098   UNSECURED | 91.32 | 91.32 | 0.00 | 0.00 |
| BANK ONE 00021   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BANK ONE 00077   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| BANK ONE 00023   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| BANK ONE NA 00078   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| BANKRUPTCY REPORTING CONTACT/CHILD SUP 00004   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM 00079   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM 00080   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM 00026   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BRADLEY REPHEN ESQ 00015   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE 00027   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CASHLAND 00031   UNSECURED | 67.34 | 67.34 | 0.00 | 0.00 |
| CASHLAND CASH ADVANCE 00032   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CBCS 00033   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CBCS 00081   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CBCS 00082   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CBCS 00083   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CFC FINANCIAL LLC 00034   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHECK INTO CASH 00035   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHEEK & ZEEHANDELAR 00024   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CHEEK & ZEEHANDELAR 00025   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 07-58449   CHRISTOPHER LYNN FULKNIER and CHRISTINA MARIE FULKNIER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CHILDRENS HOSPITAL 00037   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CHILDRENS HOSPITAL 00036   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHILLICOTHE RADIOLOGY INC 00038   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHRISTINA MARIE FULKNIER 00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTINA SAVON 00002   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER LYNN FULKNIER 00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| CIRCLEVILLE FAMILY HEALTH 00040   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CIRCLEVILLE FAMILY HEALTH 00039   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC 00084   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERV 00041   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC 00086   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION 00085   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| CREDITCORP INC 00042   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DANBURY MINT 00044   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DAVID TAYLOR & ASSOCIATES 00045   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC COLUMBUS INC 00046   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FINGERHUT 00048   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE 00049   UNSECURED | 21.15 | 21.15 | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE 00050   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST CHECK & CASH ADVANCE 00051   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST CHOICE CASH ADVANCE 00052   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST FRANKLIN FINANCIAL CORP 00087   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL CASH ADVANCE 00007   UNSECURED | 129.61 | 129.61 | 0.00 | 0.00 |
| FNCB INC 00088   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| HOME LOAN SERVICES INC 00006   UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 07-58449   CHRISTOPHER LYNN FULKNIER and CHRISTINA MARIE FULKNIER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| HOME LOAN SERVICES INC 00089   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC 00053   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC CARD SERVICES 00059   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC TAX 00090   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV 00091   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| IC SYSTEM 00071   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00047   DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA 00092   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| MARK ALBERT HERDER ESQ 00001   ATTORNEY | 2,874.00 | 2,874.00 | 0.00 | 0.00 |
| MARLIN INTEGRATED CORPORATION 00054   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MEIGS COUNTY EMERGENCY MED SER 00055   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MID OHIO RADIOLOGY 00056   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL 00016   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OBLENESS HOSPITAL 00057   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OCSPC 00003   DOMESTIC SUPPORT | 187.10 | 187.10 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00095   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO RECEIVABLES LLC 00022   DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| ORAL & MAXILLOFACIAL SURGERY 00058   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PICKAWAY HEALTH SERV DEPT A 00060   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PICKAWAY HEALTH SERVICE 00061   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| PICKAWAY PROFESSIONAL SERVICES 00063   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PROACTIVE 00064   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PROACTIVE 00093   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| RISK MANAGEMENT ALTERNATIVES 00017   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| RISK MANAGEMENT ALTERNATIVES 00018   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 07-58449   CHRISTOPHER LYNN FULKNIER and CHRISTINA MARIE FULKNIER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| RMCB 00068   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| RMCB 00067   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING 00019   UNSECURED | 74.59 | 74.59 | 0.00 | 0.00 |
| SAVINGS BANK 00072   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SBC CONSUMER BANKRUPTCY 00094   UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| SOUTH CENTRAL POWER 00069   UNSECURED | 33.18 | 33.18 | 0.00 | 0.00 |
| SPRINT 00070   UNSECURED | 33.02 | 33.02 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC 00062   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC 00073   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS 00030   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING II 00096   UNSECURED | 16.59 | 16.59 | 0.00 | 0.00 |
| Debtor refund to be issued upon the approval of the Final Report and Account | 6.91 | 6.91 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 2,269.20 | 3,467.48 | 5,961.91 | 0.00 | 6.91 | 11,705.50 |
| PRIN PAID | 2,269.20 | 3,467.48 | 500.79 | 0.00 | 6.91 | 6,244.38 |
| INT PAID | 996.52 | 0.00 | 0.00 | 0.00 |  | 996.52 |
|  |  |  |  |  | TOTAL PAID: | 7,240.90 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MARK ALBERT HERDER ESQ | 0.00 | 0.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 250.07 | 0.00 | 5.55 | 255.62 |

Dated:  03/11/2011

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  CHRISTOPHER LYNN FULKNIER<br>CHRISTINA MARIE FULKNIER<br>19595 GREIST RD<br>STOUTSVILLE, OH  43113-9160 | Case No: 07-58449<br><br>Chapter 13<br><br>Judge: C KATHRYN PRESTON |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700