# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:

    CHRISTOPHER LYNN FULKNIER

    CHRISTINA MARIE FULKNIER

          Debtor(s)

Case No. 07-58449

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Frank M. Pees, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on <u>10/22/2007</u>.

2)   The plan was confirmed on <u>01/03/2008</u>.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5)   The case was completed on <u>03/02/2011</u>.

6)   Number of months from filing to last payment: <u>40</u>.

7)   Number of months case was pending: <u>47</u>.

8)   Total value of assets abandoned by court order: <u>NA</u>.

9)   Total value of assets exempted: <u>NA</u>.

10)  Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $7,496.52 |
| Less amount refunded to debtor | $6.91 |

**NET RECEIPTS:**                                         **$7,489.61**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,874.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $250.07 |
| Other | $5.55 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,129.62** |

Attorney fees paid and disclosed by debtor:     $252.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ADELPHIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ADENA EMERGENCY PHYSICIANS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ADENA HEALTH SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED AMERICA | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ELECTRIC POWER | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL SE | Secured | 2,000.00 | 2,000.00 | 2,269.20 | 2,269.20 | 996.52 |
| APPLIED CARD SYSTEMS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 405.00 | 0.00 | 404.70 | 33.99 | 0.00 |
| AT&T | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHI | Unsecured | NA | 0.00 | 1,087.18 | 91.32 | 0.00 |
| ATTORNEY GENERAL STATE OF OHI | Priority | NA | 0.00 | 406.38 | 406.38 | 0.00 |
| BANK ONE | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK ONE NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BERGER HEALTH SYSTEM | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| CASHLAND | Unsecured | 720.00 | 0.00 | 801.61 | 67.34 | 0.00 |
| CBCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| CFC FINANCIAL LLC | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CHILLICOTHE RADIOLOGY INC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CIRCLEVILLE FAMILY HEALTH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ADJUSTMENTS INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERV | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDITCORP INC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| DANBURY MINT | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| DAVID TAYLOR & ASSOCIATES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 230.00 | 0.00 | 251.80 | 21.15 | 0.00 |
| FIRST CHECK & CASH ADVANCE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE CASH ADVANCE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN FINANCIAL CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CASH ADVANCE | Unsecured | 1,500.00 | 0.00 | 1,543.00 | 129.61 | 0.00 |
| FNCB INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC TAX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MARLIN INTEGRATED CORPORATIO | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| MEIGS COUNTY EMERGENCY MED S | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| MID OHIO RADIOLOGY | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| OBLENESS HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OCSPC | Priority | NA | 0.00 | 187.10 | 187.10 | 0.00 |
| ORAL & MAXILLOFACIAL SURGERY | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PICKAWAY HEALTH SERV DEPT A | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PICKAWAY PROFESSIONAL SERVICE | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PROACTIVE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PROACTIVE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING | Unsecured | 887.00 | 0.00 | 887.97 | 74.59 | 0.00 |
| SAVINGS BANK | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| SBC CONSUMER BANKRUPTCY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SOUTH CENTRAL POWER | Unsecured | 136.00 | 0.00 | 395.05 | 33.18 | 0.00 |
| SPRINT | Unsecured | 400.00 | 0.00 | 393.10 | 33.02 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING II | Unsecured | NA | 0.00 | 197.50 | 16.59 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,269.20 | $2,269.20 | $996.52 |
| **TOTAL SECURED:** | **$2,269.20** | **$2,269.20** | **$996.52** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $187.10 | $187.10 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $406.38 | $406.38 | $0.00 |
| **TOTAL PRIORITY**: | **$593.48** | **$593.48** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$5,961.91** | **$500.79** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,129.62 |
| Disbursements to Creditors | $4,359.99 |
| **TOTAL DISBURSEMENTS** : | **$7,489.61** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/09/2011                    By: /s/ Frank M. Pees
_____
                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)